# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Tamer Salah

                Plaintiff,

v.                                                                                    Case No.: 1:17–cv–08228
                                                                      Honorable Charles P. Kocoras

Synchrony Bank

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Defendant Synchrony Bank's motion to reassign and consolidate [13] is granted. Answers are due by 1/25/2018. Fact discovery is ordered closed by 7/17/2018. Status hearing is set for 7/17/2018 at 9:30 a.m. Status hearing set for 1/23/2018 is stricken. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.